IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. K & R LIMITED PARTNERSHIP, | ) ) ) ) | |
| Plaintiff-Relator, | ) ) | |
| v. | ) ) | Civil Action No. 99-01343 (RCL) |
| MASSACHUSETTS HOUSING FINANCE AGENCY, | ) ) ) ) | |
| Defendant. | ) ) | |

## **ORDER**

Upon consideration of the "Plaintiff's Motion to Compel Discovery" and a review of the record herein, it is this _____ day of _____, 2004;

ORDERED that Defendant's General Objections and other general objections set forth in its responses to Request Nos. 4, 8, 9, 10, 11 and 12 of Plaintiff's Second Request for Production of Documents ("General Objections") are invalid; and it is

FURTHER ORDERED that Defendant shall provide for inspection and copying all documents responsive to Request Nos. 4, 8, 9, 10, 11 and 12 without regard to the General Objections interposed by Defendant; and it is

FURTHER ORDERED that in producing the documents responsive to Request Nos. 4, 8, 9, 10, 11 and 12, Defendant shall produce for inspection and copying all documents in its possession as of the date Defendant produces such documents, including any documents created after June 2000; and it is

FURTHER ORDERED that in responding to Request No. 12, Defendant shall provide all documents related to any multifamily rental housing project for which mortgage financing was provided by Defendant without regard as to whether any such project was financed or otherwise assisted by Defendant pursuant to the 236 program; and it is

FURTHER ORDERED that Defendant shall reimburse Plaintiff the costs it incurred including reasonable attorney fees, in making this motion; and it is

FURTHER ORDERED that Defendant shall produce the documents required by this Order by the _____ day of _____, 2004.

_____
Royce C. Lamberth
United States District Judge

Copies to:

Carl A.S. Coan, Jr.
Coan & Lyons
1100 Connecticut Avenue, N.W
Suite 1000
Washington, DC 20036
(202) 728-1070

Michael J. Tuteur, Esq.
Epstein Becker & Green, P.C.
111 Huntington Avenue
Boston, MA 02199

Brian J. Sonfield, Esq.
Assistant U.S. Attorney
555 Fourth Street, N.W.
Room 10/808
Washington, DC 20001

Michael Tingle, Esq.
Civil Division
U.S. Department of Justice
P.O. Box 261 Ben Franklin Station
Washington, DC 20044